UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| MILWAUKEE ELECTRIC TOOL CORPORATION, METCO BATTERY TECHNOLOGIES, LLC, AC (MACAO COMMERCIAL OFFSHORE) LIMITED, and TECHTRONIC INDUSTRIES CO. LTD., <br><br> *Plaintiffs and Counterclaim Defendants*, <br><br> v. <br><br> POSITEC TOOL CORPORATION and POSITEC USA, INC, <br><br> *Defendant and Counterclaim Plaintiff.* | Case No. 2:14-CV-01295-JPS <br><br> Hon. J.P. Stadtmueller |

## PLAINTIFFS' MOTION TO PARTIALLY LIFT THE STAY TO CONDUCT DISCOVERY

To:  All Counsel of Record

     Plaintiffs, by their attorneys, Reinhart Boerner Van Deuren s.c., move the Court pursuant to Civ. L.R. 16(a)(2), for an order partially lifting the stay entered by the Court in this action on October 2, 2015 to allow discovery to proceed. The grounds for this motion are set forth in the contemporaneously filed Brief in Support of Plaintiffs' Motion to Partially Lift the Stay to Conduct Discovery and supporting declarations.

Dated this 2nd September, 2016.

s/ James N. Law
Scott W. Hansen
shansen@reinhartlaw.com
Paul Stockhausen
pstockhausen@reinhartlaw.com
Jessica H. Polakowski
jpolakowski@reinhartlaw.com
James N. Law
jlaw@reinhartlaw.com
Reinhart Boerner Van Deuren, S.C.
1000 North Water Street, Suite 1700
Milwaukee, WI 53202
Phone: (414) 298-1000
Fax: (414) 298-8097

Jason C. White
Illinois Bar No. 6238352
jwhite@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
77 West Wacker Drive
Chicago, IL 60601
Phone: (312) 324-1775
Fax: (312) 324-1001

Sean C. Cunningham
California Bar No. 174931
Sean.Cunningham@dlapiper.com
Erin Gibson
California Bar No. 229305
Erin.Gibson@dlapiper.com
Tiffany Miller
California Bar No. 246987
Tiffany.Miller@dlapiper.com
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101
Phone: (619) 699-2700
Fax: (619) 699-2701

*Attorneys for Plaintiffs Milwaukee Electric Tool Corporation; Metco Battery Technologies, LLC; AC (Macao Commercial Offshore) Limited; and Techtronic Industries Co. Ltd.*

34695825