UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MILWAUKEE ELECTRIC TOOL
CORPORATION, METCO BATTERY
TECHNOLOGIES, LLC,
AC (MACAO COMMERCIAL
OFFSHORE) LIMITED, and
TECHTRONIC INDUSTRIES CO. LTD.,

*Plaintiffs and Counterclaim Defendants*,

v.

POSITEC TOOL CORPORATION and
POSITEC USA, INC,

*Defendant and Counterclaim Plaintiff.*

Case No. 2:14-CV-01295-JPS

Hon. J.P. Stadtmueller

# [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO PARTIALLY LIFT THE STAY TO CONDUCT DISCOVERY

On August 29, 2016, the plaintiffs filed a motion to partially lift the stay entered by the Court on October 2, 2015 in the above-captioned case. The motion is now fully briefed and ready for disposition. Upon consideration of plaintiffs' submission, the Court hereby GRANTS plaintiffs' motion and ORDERS that the stay be partially lifted to allow the parties to conduct discovery.

Dated this _____ day of _____, 2016.

BY THE COURT:

_____
Hon. J.P. Stadtmueller