UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MILWAUKEE ELECTRIC TOOL
CORPORATION, METCO BATTERY
TECHNOLOGIES, LLC,
AC (MACAO COMMERCIAL
OFFSHORE) LIMITED, and
TECHTRONIC INDUSTRIES CO. LTD.,

   *Plaintiffs and Counterclaim Defendants*,

v.

POSITEC TOOL CORPORATION and
POSITEC USA, INC,

   *Defendant and Counterclaim Plaintiff.*

Case No. 2:14-CV-01295-JPS

Hon. J.P. Stadtmueller

**APPENDIX OF UNREPORTED CASES CITED IN
PLAINTIFFS' BRIEF IN SUPPORT OF PLAINTIFFS' MOTION
TO PARTIALLY LIFT STAY TO CONDUCT DISCOVERY**

1. *Avago Techs. Fiber IP (Signapore) Pte. Ltd. v. IPtronics Inc.*, No. 10-CV-2863-EJD, 2011 WL 3267768 (N.D. Cal. Jul. 28, 2011)

2. *Ambato Media, LLC v. Clarion Co.*, No. 2:09-CV-242-JRG, 2012 WL 194172 (E.D. Tex. Jan. 23, 2012)

3. *Gladish v. Tyco Toys, Inc.*, No. CIV.S–92–1666WBS/JFM, 1993 WL 625509 (E.D. Cal. Sept. 15, 1993)

4. *Murata Mach. USA v. Daifuku Co., Ltd.*, No. 2015-2094, 2016 WL 4073320 (Fed. Cir. Aug. 1, 2016)

5. *Network-1 Security Solutions, Inc. v. Alcatel-Lucent USA Inc., et al.*, Case No. 6:11cv492, 2015 WL 11439060 (E.D. Tex. Jan. 5, 2015)

6. *Zoll Med. Corp. v. Respironics, Inc.*, No. CV. 12-1778-LPS, 2015 WL 4126741 (D. Del. Jul. 8, 2015)