# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

MILWAUKEE ELECTRIC TOOL
CORPORATION, METCO BATTERY
TECHNOLOGIES LLC, AC (MACAO
COMMERCIAL OFFSHORE) LIMITED,
and TECHTRONIC INDUSTRIES CO.
LTD.,

                      Plaintiffs,

v.

POSITEC TOOL CORPORATION and
POSITEC USA INC.,

                      Defendants.

Case No. 14-CV-1295-JPS

# ORDER

On June 29, 2017, the parties filed a joint stipulation of dismissal of this action. (Docket #155). The parties stipulate that Plaintiffs' claims against Defendants should be dismissed with prejudice, while Defendants' counterclaims against Plaintiffs should be dismissed without prejudice. *Id.* Each party agrees to bear its own costs and fees. *Id.* The Court will adopt the parties' stipulation. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly,

**IT IS ORDERED** that the parties' stipulation of dismissal (Docket #155) be and the same is hereby **ADOPTED**; Plaintiffs' claims in this action be and the same are hereby **DISMISSED with prejudice**, Defendants' counterclaims in this action be and the same are hereby **DISMISSED without prejudice**, and each party will bear its own fees and costs.

Dated at Milwaukee, Wisconsin, this 29th day of June, 2017.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge